

# NUMBER 13-15-00085-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

JAMARKAS HOLLAND,                                                    Appellant,

v.

THE STATE OF TEXAS,                                                  Appellee.

### On appeal from the 117th District Court
### of Nueces County, Texas.

# ORDER

### Before Justices Rodriguez, Benavides, and Perkes
### Order Per Curiam

This cause is before the Court on the State's motion to direct the trial court clerk to forward to this Court the original exhibit for State's Exhibit No. 21 admitted at trial. The Court, having fully examined and considered the State's motion to direct the trial court

1

clerk to forward the original exhibit, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 34.6(g)(2) ("On any party's motion or its own initiative, the appellate court may direct the trial court clerk to send it any original exhibit."). The State's motion is hereby GRANTED. The clerk of the trial court is hereby ORDERED to forward the original exhibit admitted as State's Exhibit No. 21 at trial in Cause No. 14-CR-2827-B to this Court within fifteen days from the date of this order.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed this the
25th day of May, 2016.